IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORRI JONES, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-cv-7004 |
| ) | |
| v. ) | |
| ) | |
| TITAN TRANSPORTATION, ) | **JURY DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT

Plaintiff, CORRI JONES, by and through her attorney, for her Complaint against Defendant, TITAN TRANSPORTATION, alleges as follows:

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e et seq., as amended.

2. Federal jurisdiction exists by virtue of 28 U.S.C § 1331.

3. Venue is proper in this judicial district under 28 U.S.C. § 1391 because a) Defendant resides in this district, specifically Chicago Heights, Illinois, and b) the events or omissions giving rise to Plaintiff's claims occurred in this district, specifically Chicago Heights, Illinois.

4. Plaintiff CORRI JONES was employed by TITAN TRANSPORTATION from April-September 2015.

5. JONES worked at TITAN's Chicago Heights, Illinois location.

6. JONES is a woman.

7. Soon after JONES was hired, Terminal Manager Stephen Butler began sexually harassing her by repeatedly propositioning her in a sexual manner.

8. Butler was JONES' boss.

1

9. JONES did not consent to any of Butler's conduct and found such conduct to be offensive, unwelcome, and unwarranted.

10. Butler's conduct created a hostile work environment for JONES.

11. The conduct was one that a reasonable person would find hostile or abusive.

12. JONES complained to several different people about the harassment, including managers and human resources employees.

13. TITAN failed to take reasonable steps to prevent or correct the harassment.

14. After she had complained, TITAN began retaliating against her by not calling her into work for several days.

15. On September 16, 2015, TITAN fired JONES.

16. TITAN fired her for pretextual reasons.

17. The real reason she was fired was because she complained about and opposed sexual harassment.

18. The actions and inactions of TITAN's agents constitute illegal discrimination based on sex in violation of Title VII.

19. As a result, JONES has suffered financial loss, emotional distress and the loss of enjoyment of the ordinary pleasures of life, which damages continue.

20. As a result of Defendant's actions, JONES has had to hire an attorney to represent her in vindicating the violation of her rights.

21. JONES filed a Charge of Discrimination at the EEOC and received a right-to-letter on May 5, 2016.

**WHEREFORE**, Plaitniff CORRI JONES requests that Defendant TITAN TRANSPORTATION be found liable, that judgment be entered in her favor, and that she be awarded all remedies to which she is entitled under the law, including but not limited to:

2

1) Compensatory damages;

2) Punitive damages;

3) Costs of the suit;

4) Pre-judgment interest; and

5) Attorney's fees.

**PLAINTIFF REQUESTS TRIAL BY JURY**

Respectfully submitted,

BY:     Julie O. Herrera

Law Office of Julie O. Herrera
53 W. Jackson, Suite 1615
Chicago, IL 60604
Tel: 312-697-0022
Fax: 312-697-0812
jherrera@julieherreralaw.com